DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARMEN HAYBIENG,**
Appellant,

v.

**FIRST PROTECTIVE INSURANCE COMPANY**
d/b/a **FRONTLINE INSURANCE COMPANY,**
Appellee.

No. 4D21-3311

[May 19, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE21-014289.

Chrystal P. Robinson of Kuhn Raslavich, P.A., Boca Raton, for appellant.

Aron Rudman and Maria C. Medina of Simon Reed & Salazar, P.A., Miami, and Paulo R. Lima and Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***